NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK PALACIOS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5028

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-259, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

Before RADER, *Chief Judge*, and GAJARSA and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Frank Palacios submits a petition for rehearing en banc. The petition is before this panel pursuant to Internal Operating Procedure # 14(2)(a), which states that a petition for rehearing en banc which does not also include

a petition for panel rehearing shall nonetheless first be transmitted to the panel that heard the case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The panel denies the petition to the extent that Palacios seeks panel rehearing of the order summarily affirming the judgment of the Court of Federal Claims.

(2) The petition shall be circulated to the full court for its review along with a copy of this order.

FOR THE COURT

JUN 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    Daniel B. Volk, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2012

JAN HORBALY
CLERK